ELIZABETH A. SALSMAN (FORMERLY ELIZABETH A. ODGERS), INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF ARTHUR J. ODGERS, DECEASED, PLAINTIFF-RESPONDENT, v. NATIONAL COMMUNITY BANK OF RUTHERFORD, A BANKING CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-APPEL-LANT, v. HAROLD BRESLOW AND THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, THIRD PARTY DEFENDANTS.

Superior Court of New Jersey
Appellate Division

Argued March 10, 1969—Decided March 19, 1969.

Before Judges SULLIVAN, FOLEY and LEWIS.

*Mr. William R. Morrison* argued the cause for appellant (*Messrs. Morrison, Lloyd & Griggs,* attorneys).

*Mr. John R. Weigel* argued the cause for respondent (*Messrs. James L. R. Lafferty and James L. McKeon, Jr.* of counsel; *Messrs. Lafferty, Rowe, McMahon & McKeon,* attorneys).

PER CURIAM. The judgment herein is affirmed substantially for the reasons expressed by Judge Botter in his opinion reported at 102 *N. J. Super.* 482 (*Law Div.* 1968). Affirmed.